OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 29 2015

10/23/2015
DICKENS, JUSTIN LEE      Tr. Ct. No. 22036A-422                    WR-84,084-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

DISC. UTF

JUSTIN LEE DICKENS
ESTELLE UNIT - TDC # 1630332
264 FM 3478
HUNTSVILLE, TX  77320-3322

U TF